STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4861
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CECILIA CARRILLO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-00028-ADS<br><br>**JUDGMENT** |

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.

DATED: 8/3/22                    /s/ Autumn D. Spaeth
                                 HONORABLE JUDGE AUTUMN D. SPAETH
                                 UNITED STATES MAGISTRATE JUDGE