LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

|  |  |
|---|---|
| CECILIA CARRILLO, | No. CV 22-00028 ADS |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. |  |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, |  |
| Defendant. |  |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND DOLLARS 00/100 ($4,000.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE:  9/8/2022      /s/ Autumn D. Spaeth

HON. AUTUMN D. SPAETH,
UNITED STATES MAGISTRATE JUDGE